UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVIN WOOLEVER, JR., | No. 2:15-cv-1457 AC P |
| Petitioner, | |
| v. | ORDER |
| ROSARIO, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Although petitioner has filed a copy of his inmate trust account statement, he has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty days from the filing date of this order, submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

1

1    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
2 form used by this district.
3 DATED: July 20, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE